UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SASHA JACKSON, NICHOLAS JOHNSON,
JULIETTE LOGIE, JENNIFER LOPEZ,
ORCASH WEDDERBURN and
ROSALDA SANCHEZ On Behalf of Themselves
and All Others Similarly Situated,

                                                                                Case No.: 25-cv-00132-SJB-ARL

        -vs.-

THE CLAM BAR HAMPTONS LLC D/B/A
CLAM BAR AT NAPEAGUE, JOHN PICCINNINI,
and KELLY PICCINNINI

                Defendants.
-----------------------------------------------------------------X

## PLAINTIFFS' NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs SASHA JACKSON, NICHOLAS JOHNSON, JULIETTE LOGIE, JENNIFER LOPEZ, ORCASH WEDDERBURN and ROSALDA SANCHEZ hereby accept and provide notice that they accept Defendants' Offer of Judgment, dated October 24, 2025, attached hereto as Exhibit 1.

Dated: October 29, 2025

                                                   Respectfully submitted,
                                                   LAW OFFICES OF WILLIAM CAFARO

                                                   _____
                                                   By: Amit Kumar, Esq.
                                                   *Attorneys for Plaintiff*
                                                   108 West 39th Street, Suite 602
                                                   New York, New York 10018
                                                   (212) 583-7400
                                                   AKumar@CafaroEsq.com