**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SASHA JACKSON, NICHOLAS JOHNSON,
JULIETTE LOGIE, JENNIFER LOPEZ, ORCASH
WEDDERBURN and ROSALDA SANCHEZ, on
behalf of themselves and all others similarly
situated,

                Plaintiffs,

  - against -                                      **JUDGMENT**
                                                                   CV 25-132 (SJB) (ARL)

THE CLAM BAR HAMPTONS LLC D/B/A
CLAM BAR AT NAPEAGUE, JOHN PICCINNINI,
and KELLY PICCINNINI,

                Defendants.
-----------------------------------------------------------------X

      A Notice of Acceptance of Offer of Judgment having been filed by Plaintiffs on October 30, 2025, accepting Defendants' October 24, 2025 offer to allow judgment against them only on the claims asserted under the Fair Labor Standards Act in the amount of $60,000.00, inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, monetary damages, losses, interest, costs, and attorneys' fees, it is

      **ORDERED AND ADJUDGED** that judgment is entered in in favor of Plaintiffs Sasha Jackson, Nicholas Johnson, Juliette Logie, Jennifer Lopez, Orcash Wedderburn and Rosalda Sanchez against Defendants The Clam Bar Hamptons LLC, John Piccinnini, and Kelly Piccinnini, only on the claims asserted under the Fair Labor Standards Act, in the amount of $60,000.00, inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, monetary damages, losses, interest, costs, and attorneys' fees.

Dated: November 3, 2025
      Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                         By:    /s/ James J. Toritto
                                  Deputy Clerk