UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SASHA JACKSON, NICHOLAS JOHNSON, JULIETTE LOGIE, JENNIFER LOPEZ, ORCASH WEDDERBURN and ROSALDA SANCHEZ On Behalf of Themselves and All Others Similarly Situated,

          Plaintiffs,

   v.

THE CLAM BAR HAMPTONS LLC D/B/A CLAM BAR AT NAPEAGUE, JOHN PICCINNINI, and KELLY PICCINNINI

          Defendants.

Case No. 2:25-cv-00132-SJB-ARL

---

**STIPULATION OF PARTIAL DISMISSAL *WITHOUT* PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Sasha Jackson, Nicholas Johnson, Juliette Logie, Jennifer Lopez, Orcash Wedderburn, and Rosalda Sanchez (collectively, "Plaintiffs") voluntarily dismiss without prejudice the following causes of action asserted in the Amended Complaint (ECF No. 22) against Defendants The Clam Bar Hamptons LLC[1], John Piccinnini, and Kelly Piccinnini (collectively, "Defendants"):

1. **Cause of Action No. 2:** Alleged unpaid overtime under the New York Labor Law ("NYLL");
2. **Cause of Action No. 3:** Alleged unpaid minimum wage under the NYLL;
3. **Cause of Action No. 4**: Alleged failure to furnish wage statements, in violation of the NYLL;
4. **Cause of Action No. 5**: Alleged tip misappropriation, in violation of the NYLL;
5. **Cause of Action No. 6**: Alleged unlawful deductions from wages, in violation of the NYLL;
6. **Cause of Action No. 7**: Alleged failure to pay uniform maintenance pay, in violation of the NYLL; and

---

[1] Incorrectly pled as "The Clam Bar Hamptons LLC d/b/a Clam Bar at Napeague."

174981407.1

**7. Cause of Action No. 9**: Alleged retaliation, in violation of the NYLL.

This Stipulation applies to the Second, Third, Fourth, Fifth, Sixth, Seventh, and Ninth Causes of Action only. Plaintiffs' First and Eighth Causes of Action remain as against Defendants.

Dated: New York, New York
October 31, 2025

| | |
|---|---|
| **LAW OFFICES OF WILLIAM CAFARO** | **FOX ROTHSCHILD LLP** |
| /s/ *Amit Kumar* | /s/ Devin S. Cohen, Esq. |
| Amit Kumar, Esq. | Glenn S. Grindlinger, Esq. |
| 108 West 39th Street, Suite 602 | Devin S. Cohen, Esq. |
| New York, New York 10018 | 101 Park Avenue, 17th Floor |
| (212)583-7400 | New York, New York 10178 |
| AKumar@CafaroEsq.com | ggrindlinger@foxrothschild.com |
| | dscohen@foxrothschild.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED.

/s/ *Sanket J. Bulsara*    November 3, 2025
SANKET J. BULSARA
United States District Judge

Date: November 3, 2025
Central Islip, New York

**[END OF DOCUMENT]**

174981407.1